UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

SUNIL WALIA

                Plaintiff,

- against -

KIRSTJEN NIELSEN, as Secretary of the United
States Department of Homeland Security

                Defendant.
---------------------------------------------------------X

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

Civil Action
No.   CV-11-2512
(Feuerstein, J.)
(Locke, M.J.)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 03 2018 ★

LONG ISLAND OFFICE

IT IS HEREBY STIPULATED AND AGREED, by plaintiff SUNIL WALIA, by his undersigned attorney, and defendant KIRSTJEN NIELSEN, as Secretary of the United States Department of Homeland Security, by her undersigned attorney, that, the above-captioned action shall be dismissed with prejudice, and without cost to any party.

Dated: Garden City, New York
       May 2, 2018

                              LAW OFFICES OF LOUIS D. STOBER, JR.
                              Attorneys for Plaintiff
                              98 Front Street
                              Mineola, New York 11501

            By:      *S/Louis D. Stober Jr*
                              LOUIS D, STOBER, JR.
                              (516) 742-6546

2

Dated: Central Islip, New York
May 2, 2018

                                    RICHARD P. DONOGHUE
                                    United States Attorney
                                    Eastern District of New York
                                    Attorney for Defendant United States
                                    610 Federal Plaza, 5th Flr.
                                    Central Islip, New York 11722

                    By      S/VINCENT LIPARI
                                VINCENT LIPARI
                                Assistant U.S. Attorney
                                (631)715-7864

SO ORDERED:
    May 3, 2018
S/Sandra J. Feuerstein
HONORABLE SANDRA J. FEUERSTEIN
UNITED STATES DISTRICT JUDGE